DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 1
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE
                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

Philadelphia                      72739  Aigeldinger III, Allan Jacob
                                  15640  Alva, Daniel Paul
                                  38924  Azorsky, Gary L.
                                  81829  Baird, Kevin R.
                                  51822  Barsky, Gail M.
                                  65291  Batoff, Brett Wynn
                                  93035  Berger, Jeremy Richard
                                 307580  Bloor, John Michael
                                  31323  Bodzin, Robert Brian
                                  40504  Brooks, Quentin Zane
                                  93949  Buziak, Leigh Ann
                                 310014  Caruso, Santo R.
                                  67223  Claeys, Dorothy M.
                                  93922  Clark, Karin Williamson
                                  90664  Clemente, Ellen Salidar
                                  93020  Cohen, Jesse M
                                  69062  Cohen, Jonathan Morley
                                 209455  Coleman, Kasetta
                                  82838  Coll, Pelayo
                                  78236  Corcoran, Matthew F.
                                  53675  Cornell, Hilary S.
                                  86627  Cosby, James Andrew
                                 312357  Coyne, Dana Kate
                                  72518  Dillon, Robert E.
                                  69192  Ercole, Charles A.
                                  81722  Fellheimer, Ethan S.
                                  85142  Fitzgerald, Robert J.
                                  85028  Forrester, Melody
                                  46749  Foster, Andrew P.
                                  31478  Friedman, Robert Irwin
                                 310781  Gerney, Jennifer Renee
                                 205226  Gian-Grasso, Brennan Joseph
                                 205102  Gil, Anthony
                                  42569  Gilman, Robert H.
                                  88412  Grasso, Michael Blaze
                                  83884  Graziano, Michael C.
                                 209560  Gregg, Cherri Teresa
                                  83680  Guerriero, Salvatore R.
                                  39424  Haas, Steven Neal
                                  86868  Haddad, Dacia A.
                                 310680  Iruobe, Emalohi Louisa
                                  62823  Jaron, Helene Schwartz
                                  54827  Jones, Valerie
                                  82395  Karetnick, Aliza Rebecca
                                  89712  Keenheel, Musa
                                  02400  Kelley Jr., Joseph T.
                                  83027  Kim, Hui J.
                                  85846  Kleber III, John Louis
                                  44202  Klein, Barry Lee

```
                       93817  Krause, Jonathan Spells
                       64244  Kutzer, Michael Paul
                       29392  Laureda, Juan J.
                       94884  Layton, Amanda E.
```
DATE: 03/16/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 2
TIME: 08:44:17                        NON-COMPLIANT LAWYERS                 USER ID:
jilgenfr

                                         ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____

```
Philadelphia( Continued )          93523  Lee, Mark McKelvie
                                   77210  Levant, Robert Jeremy
                                   68997  Lohr, Terrance G.
                                  202535  Loney Jr., Stephen Allen
                                   80982  Madonna, Harry Dillon
                                   77806  Martini, John D.
                                   93472  Martucci Jr., John Joseph
                                   91847  Mayall, Simi
                                   41859  McBride, Denis Patrick
                                  205097  McClinton, Joanna Elizabeth
                                   91443  McCloskey Jr., Dennis Michael
                                   79184  Mester, Laurence Andrew
                                   29243  Minyard, Handsel B.
                                   27326  Moleah, Barbara Jean
                                   57487  Moore Jr., James L.
                                   24511  Navarro-Rivera, Margarita
                                   31693  Newkirk, Jettie D.
                                   74778  Pearson, Eric Bradford
                                  310367  Peña, Jessica
                                  308876  Pfersich Jr., Robert Steven
                                   34497  Platt, Dennis Lee
                                   42853  Pond, Samuel H.
                                  307451  Pultrone, Joseph Cesare
                                   68828  Robins, Sean
                                  308946  Schlier, David Andrew
                                  312668  Seid, Andrew Todd
                                   88918  Shingles, Evan
                                  204173  Sibel, Catharine Elizabeth
                                   94827  Sieminski, Jason Richard
                                   63139  Slavitt, Joshua R.
                                   78062  Smith, Andrew Marshal
                                   34937  Solomon, Jeffrey B.
                                   60211  Speranza, Thomas Henry
                                  307517  Supplee, Jennifer Anne
                                   86363  Tiagha, Kahiga A.
                                  314211  Volz, Rebecca Helen
                                  311873  Watto, Andrew P
                                   56925  Whitcomb, Lisa M.
                                  204001  Zuercher, Timothy Joel
```

DATE: 03/16/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 3
TIME: 08:44:17                      NON-COMPLIANT LAWYERS                       USER ID:
jilgenfr
                                         ACTIVE

                                                                               REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____

_____
Lancaster                          55987   Grab, Michael Steven
                                   67193   Griffith, Judith A.
                                  205261   Kenneff, Joseph J.
                                   85561   Mazaheri, Daniel Joseph

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____
Northampton                     52998   Daniel, George J.

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 5
TIME: 08:44:17                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                        ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____
_____

Allegheny                    310815  Camus, Laura Marie
                              56657  Carlson, Ronald Bruce
                              56671  Corbelli, James V.
                              51633  Curran, Susan O'Brien
                              94920  DeMartino, Douglas L.
                              47373  Franckhauser, Steven Paul
                              62950  Greenstein, Michael Bruce
                              29671  Hackney Jr., William P.
                              86949  Hanna, Frederick Duffy
                              68729  Hayden, Thomas A. P.
                              17300  Helzlsouer, William James
                              88927  Herron, Matthew Mark
                             203709  Humes, Nichole T.
                             204007  Johnston, Gregg Nathaniel
                              92041  Loughran, Susan Lynelle
                             310060  Machinak, Patricia R.
                              81153  McMahon, Shawn Gary
                             309518  McTiernan, Gillian Haydn
                              79515  Miller, Carey Ann
                             308165  Naik, Kelly Elizabeth
                              90499  Quisenberry, Kevin Lewis
                              51712  Rielly Jr., William W.
                              92716  Roupas, Peter Daniel
                              82913  Sheets, James Patrick
                              42164  Stewart, Robert E.
                              42165  Struk, Randolph T.
                              90995  Thirkell, Marc Thomas
                              18809  Turner, Donald N.
                              91859  Urbanik-Gangone, Karen Christine
                             207824  Wills, Taressa Jenyca

```
DATE: 03/16/2016              PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 6
TIME: 08:44:17                        NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                           ACTIVE
                                                                                  REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
```

_____

_____
Erie                                 204806  Marnen, Daniel Patrick
                                     315057  Militello, Matthew Scott

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 7
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

Bucks                          315680  Chaudhry, Imtiaz Manzoor
                               202634  Delehey, Carole Lauren
                                68276  Gilbert, Keila M.
                                37364  Gilbert, Peter James
                               209668  Grasso, Michelle
                                68192  Santarsiero, Steven J.
                               313299  Tramontana, Laura
                               209240  Van Dyke, Justin Paul
                                75408  Williams Jr., Dennis P.
                               209014  von Vital, Todd Michael

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 8
TIME: 08:44:17                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                       ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____

Northumberland                    53223  Stuck, Gregory A.

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 9
TIME: 08:44:17                       NON-COMPLIANT LAWYERS                  USER ID:
jilgenfr
                                          ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____
_____
Cumberland                      312627  Banks Jr., Charles Green
                                 82259  Gleason, Thomas P.
                                 89529  Knicos, Renee Glasser
                                 85022  Matter, Michael Dennis
                                 88609  Mayernick IV, John
                                 55480  Terz, Joseph J.

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 10
TIME: 08:44:17                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____

_____
Westmoreland                    37569  Leonard, William Jeffrey
                                68256  Specht, Robert John

ACTIVE

                                                                               REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

Luzerne                        93061  Golden, Matthew James
                               87126  Miller, Caroline Mary
                               41378  Nardone, John D.

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 12
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

_____
Dauphin                          43107   Beneventano, Guy Paul
                                 83755   Bogar, Chadwick O.
                                 70236   Corado, Christie
                                 36801   Farney, David Bryan
                                201176   Lane, Gregory M

```
        95049  McCormick, Jeffrey Morris
       205412  Piraino, Russell
        27423  Robinson, Gerald S.
        90649  Roland, Michael Ryan
        23103  Wagner, Paul Richard
```

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 13
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____

_____
Chester                        202658  Baker, Scott Louis

```
 92656  DeLuca, Jennifer Lynne
 65177  Delaney, Matthew Sullivan
 50411  Duke, Ann Del Grippo
 77578  Kennedy, Kristin P.
310703  Kintzing, Hunter
 52618  McAlee, Joseph J.
 78359  McFadden, David Carter
208556  McGowen, Matthew Raymond
207855  Sheets, James David
 89202  Speirs, Gavin Bruce
 47643  Stauffer, Robert Leonard
 68442  Steen, Randy H.
 23664  Willson, Dennis F.
```

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 14
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME

CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

Union                                    84445  Erb, Melanie Leigh

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____
York                              07452  Barnes, Albert G.
                                 310090  Maloney, Nekeshia Maria

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 16
TIME: 08:44:17                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                       ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____
Schuylkill                         38454  Halcovage, Michael Patrick

DATE: 03/16/2016               PENNSYLVANIA CONTINUING LEGAL EDUCATION               PAGE: 17
TIME: 08:44:17                          NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                              ACTIVE

                                                                                    REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____

_____
Berks                                 74659   Graham, Joyce M.
                                      73135   Stroumbakis, Nicholas C.

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 18
TIME: 08:44:17                      NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                         ACTIVE
                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____
Columbia                        68750  Middleton, Clyde Kevin

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 19
TIME: 08:44:17                NON-COMPLIANT LAWYERS            USER ID:
jilgenfr

                           ACTIVE

                                                 REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____

Washington                   310537  Blum, Bradley Ray
                         200489  Chain, Christina Michelle
                        90815  Francis, Joseph Christopher
                        73400  Schwerha IV, Joseph John

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 20
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                       ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____
Venango                         310462  Rohde, William Harry

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 21
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____
_____

Lycoming                          83367  Zeigler, Matthew J.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

Lehigh                              59634  Achey, Brian Frederick
                                    55064  McCrystal, Michael J.

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 23
TIME: 08:44:17                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____
_____

| Delaware | 45650 | Crain, Terry Donald |
|----------|--------|---------------------|
| | 70093 | Dale, B. Joyce Thompson |
| | 81099 | Epstein, Mark Neal |
| | 86693 | Handler, Sean M. |
| | 205480 | Kline, Zachary Calhoun |
| | 87210 | McDuffy Jr., Herbert |
| | 56951 | Murphy, Christopher J. |
| | 67314 | Panzo, Patricia Shafer |
| | 31154 | Segletes, Diana Eleanor |
| | 62102 | Sheehan, Dennis Paul |
| | 77668 | Shenkman, Arlen Robert |
| | 52223 | Waite, Terease Shatun |
| | 47910 | Walsh, Timothy Patrick |

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 24
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

Mercer                          205296  Ryan, James L.

DATE: 03/16/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 25
TIME: 08:44:17                      NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                         ACTIVE
                                                                             REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____
Montgomery                    308772  Abrams, Jordana Frankel
                               36908  Barbin, Bryan Edward
                               63349  Beck III, Basil David
                               91889  Belfie Jr., Donald John
                               92139  Bocchino, Anthony
                               63587  Campbell Jr., Edmund J.
                              202451  Chestnut, Kenniah C.
                               22457  Coleman III, William T.
                               62556  Comisky, Maxine Lechter
                              205214  Cruz, Shaela
                               84668  Day, Kelly Anne
                               62592  Dougherty, Bonnie A.

```
   83018  Fiore, Christopher Peter
   04703  Friedman, Ralph D.
   24905  Gordon, Nancy Bregstein
   67112  Harker, Nataly A.
  310567  Hirsch, Natalie Morin
  205084  Holmes, Joshua David
   22211  Hourican, William R.
  308465  Joseph, Bennitta Lisa
   33813  Kelly, Kevin Joseph
   32392  Kulishoff, Michael
   86195  Lavelle, Kelly A.
   56499  Loscalzo, Barbara
   40175  Markey, Jeanne Ann
   76497  McCartney Jr., Daniel W.
   22891  McDonald, Patrick O.
   82877  McGroarty, William V.
   28548  McKee, William J.
   88418  Murland, Jodi Cagan
   16166  Newman, Sandra Schultz
   78299  Pliner, Susan Beth
   83827  Reilly, William J.
   53732  Robertson Jr., John T.
  310816  Ross, Sandra Rhee
   68911  Smith, Brian Joseph
   65532  Somers, Amy Lauren
   87075  Tulio, Alison H.
   84241  Wermeling, David M.
   82473  Willner, Michael Benjamin
```

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 26
TIME: 08:44:17                      NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                          ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

_____
Monroe                                    80523  Collins, Michael Dennis
                                          39418  Gladstone, Steven Daniel
                                          30024  Reinhardt, Gary Steven

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 27
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____
_____

Lackawanna                          310210  Toman, Jeffrey

DATE: 03/16/2016           PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 28
TIME: 08:44:17                   NON-COMPLIANT LAWYERS                USER ID:
jilgenfr

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____
_____

Centre                          201966  Allen, Katharine Reed
                                 22274  Myers, Barry Lee

DATE: 03/16/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 29
TIME: 08:44:17                      NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                          ACTIVE

                                                                                REPORT:

ctrk_crt

_____

_____
Butler                              208290   Change, Ronald Lee
                                     81953   Dutton, Brian Brooks
                                    307151   McDonough, Jennifer Noel
                                     80808   Palmer, Stacey Cruise

TIME: 08:44:17                    NON-COMPLIANT LAWYERS                    USER ID: jilgenfr

                                       ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____

Pike                              78797  Moulton, Diana S.

DATE: 03/16/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION       PAGE: 31
TIME: 08:44:17                NON-COMPLIANT LAWYERS           USER ID:
jilgenfr

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

_____

| Out Of State | 202961 | Angermeier, Michael |
|---|---|---|
| | 94998 | Baas, Adam Paul |
| | 37914 | Backinoff, Gary Richard |
| | 59580 | Ballmann, Bryan Worthington |
| | 70073 | Barasch, Patricia Ann |
| | 59108 | Bennett, Leonard |
| | 45927 | Berman, William Steven |
| | 201284 | Bolcsak, James W. |
| | 61945 | Borris, Jeffrey Scott |
| | 85825 | Boston, Robert Louis |
| | 313424 | Boudwin, Daniel Brian |
| | 204755 | Boundas, John Theodore |
| | 313308 | Bradley, Joshua D |
| | 41321 | Brady Jr., Anthony J. |
| | 310889 | Brady, Damian Jeremiah |
| | 309729 | Bruno, William James |
| | 81451 | Buividas, Stephen James |
| | 51055 | Butera, Stephen F. |
| | 62656 | Canuso, Tracy A. |
| | 69864 | Caudill, David S. |
| | 205476 | Chuey, Steven Joseph |
| | 44216 | Clayman, Eric J. |
| | 48412 | Cogswell, Anthony L. |
| | 79932 | Cohen, Meredith Siegel |
| | 61480 | Collier II, Edmond Joseph |
| | 32834 | Collins, John F. |
| | 92016 | Crohe, Lisa Marie |
| | 92181 | Curci, Brian Eric |
| | 80193 | Cusick, Robert William |
| | 87114 | D'Amico, Theresa Ann |
| | 312293 | D'Antonio, Daniel Joseph |
| | 200717 | Davis, Charlene Essie Diane |
| | 90718 | DeBenedictis, Michael John |
| | 209974 | Diaz, Rolando A |
| | 209047 | Dohn, Kathleen Elizabeth |
| | 46224 | DuBose, Jo-Hilda |
| | 209840 | Entwistle, Andrew John |
| | 31183 | Fanelli, Cecelia L. |
| | 29270 | Ferguson, Thomas Scott |
| | 202346 | Figaro, Savio Donvez |
| | 310892 | Foti, Melissa Ann |
| | 20606 | Frazier, Robert F. |
| | 308540 | Frier, Daniel Barnert |
| | 310021 | Gabriel, Mark Thomas |
| | 68107 | Gallagher, Eileen L. |
| | 48477 | Geracimos, John Nicholas |

```
                         309705  Gimpel, William James
                          60669  Greenfield, Tamara Lynn
                          58696  Grizanti, Anthony Joseph
                          67874  Guzzi, Mark Earl
                          46786  Hadden, Carlton Maurice
                          94956  Hammons Jr., Terrence Gordon
                         207315  Hannan, Christopher Patrick
```

DATE: 03/16/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 32
TIME: 08:44:17                      NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                          ACTIVE
                                                                                REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____

_____
```
Out Of State( Continued )          84683  Hernandez, Kymberly D.
                                   75628  Herndon, Jane
                                   70998  Herskowitz, Jeffrey Marc
                                  310940  Heygood, Michael Everett
                                   82934  Higgins, Brian Scott
                                   50237  Holewinski, Kevin P.
                                  201786  Hopkins, Kristen Margaret
                                   28302  Howard, James Elliot
                                   79437  Hutchinson, Alyse
                                   46633  Innamorato, Don A.
                                   56747  Jacobs, Linda Tracy
                                   94989  Janutolo Jr., Thomas McAdoo
                                  202998  Jester, Jeremy James
                                   40036  Johnson, Douglas Fifield
                                   77728  Jorge, Aisha Tyice
                                   35762  Kendrick, Kim
                                  308572  Ketcham, Jacob Junius
                                   71814  Klein, David A.
                                  205274  Krail, Kelly A.
                                  162055  Lankenau, Stephen Harold
                                   75748  Laub, Kenneth A.
                                   90635  Lee, Ernest
                                   62957  Levitske Jr., John
                                  206614  Lubcher, Steven Scott
                                   38473  MacBeth, Douglas Bruce
                                   67621  Mancino, Frank Michael
                                   31411  Marenberg, Roxane Sokolove
                                   36699  Masciocchi, Francis J.
                                  311998  May, Daniel Edward
                                  201430  McCuskey, Elizabeth Young
                                  209757  McGroarty, Shannon Leigh
                                   22433  McGuire, Joseph W.
                                   28016  McKenna, Irene Anne
                                   83214  McKenrick, Robert William
                                  309993  Michel, Frederick Joshua
                                   77954  Mikolashek, Kevin Jason
                                   74723  Mirsky, Ira Benjamin
                                  309879  Mollenthiel, Ashley Theresa
                                  307845  Moore, Fletcher Williams
                                  200833  Negron, Maria Alejandra
                                  204486  Neiburg, Michael Sean
                                   66664  Norris, Caren Elisabeth
```

```
            68418  O'Connor, Denis C.
           311523  O'Grady, John Vanker
            36950  Oddo, Mark Vance
            76846  Orlow, Daniel Katz
            64284  Papp, Zoltan Antal
            84941  Pascu, Paul Albert
           315569  Perot, Lawrence A.
            93152  Perras, Sloane Sussman
            92776  Petrone II, John R.
            94138  Phillips, Patrick Michael
            92332  Pinckney, Matthew P.
```

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 33
TIME: 08:44:17                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

_____
_____

```
Out Of State( Continued )        89323  Podolski, Andrew J.
                                203106  Pohlman, Michael Ryan
                                 83497  Pompey, Stephanie Marie
                                202604  Poniecki, Andrea Lynn
                                314125  Pszwaro, John William
                                 33822  Quatrella, David Leonard
                                307710  Rajotte, Christopher John
                                 70940  Reynolds Jr., Richard Patrick
                                205809  Rimol, Andrew Charles
                                 90840  Rodgers, Andrea Carter
                                 91413  Ruggieri, Kimberly Anne
                                 75496  Sahai, Manjari
                                 83445  Schalick, Meredith L.
                                 73876  Schwartz, Kyle Glenn
                                 76675  Shapiro, Aaron Max
                                 87554  Shorter, Darryl Wayne
                                 44089  Silverman, Gary Scott
                                 93784  Simons, Jeffrey S.
                                 73891  Steinhardt, Douglas Joseph
                                310085  Sutaria, Shetal Vinod
                                 55301  Swan, Robert G.
                                 82553  Taber, Jonathan P.
                                 85001  Telsey, Kristin Jo
                                 63087  Tiedrich, Lee Jamie
                                 58373  Tran, Phong Ngoc
                                 64989  Troublefield, G. Glennon
                                 73948  Ubom, Uduak J.
                                 54898  Wade, William Henry
                                 90178  Walheim, D. Andrew
                                307539  Wallace, William Ian
                                 19999  Webb, William A.
                                 60294  Weintraub, Daniel H.
                                 31824  Weiss, Michael L.
                                307885  Welter, Joseph
                                 92148  Wentz, Natalie Ericson
                                 77274  Wertzberger, Pina Sementa
                                 85290  Weykamp, Paul Anthony
                                 47138  Wholey, Alison Anne
```

```
              88544  Wineman III, Henry
              60308  Wojcik, Victor L.
              47027  Wolfermann, Joseph
              75682  Wrona, James S.
             304837  Yan, David
              57999  Zhang, Danian


      COUNT OF ATTORNEYS FOR ACTIVE  STATUS IS 405
```

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 34
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                       LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2

---

Philadelphia                 207860  Marzullo, Christopher David

                    LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____
Northampton                    313408  Waldman, Jack Louis

DATE: 03/16/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 36
TIME: 08:44:17                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                        LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312015 GROUP 2
_____
_____

Cumberland                      312650  Blair, Birch Mackay


        COUNT OF ATTORNEYS FOR LIMITED IN-HOUSE CORPORATE COUNSEL   STATUS IS 3


      TOTALS PER COUNTY:

          Philadelphia                92
          Lancaster                    4
          Northampton                  1
          Allegheny                   30
          Erie                         2
          Bucks                       10
          Northumberland               1
          Cumberland                   6
          Westmoreland                 2
          Luzerne                      3
          Dauphin                     10
          Chester                     14
          Union                        1
          York                         2
          Schuylkill                   1
          Berks                        2
          Columbia                     1
          Washington                   4

```
Venango                            1
Lycoming                           1
Lehigh                             2
Delaware                          13
Mercer                             1
Montgomery                        40
Monroe                             3
Lackawanna                         1
Centre                             2
Butler                             4
Pike                               1
Out Of State                     150
Philadelphia                       1
Northampton                        1
Cumberland                         1


TOTAL NUMBER OF LAWYERS REPORTED:      408
```